IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:15-CV-369-WKW |
| ) | [WO] |
| TIMOTHY PIVNICHNY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On June 2, 2015, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

DONE this 22nd day of June, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE